ORIGINAL



CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 MAY -2 PM 3:54

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No._____ |
| | § | |
| CRASH RESCUE EQUIPMENT, | § | 3-13CV1597-K |
| SERVICE, INC., | § | |
| | § | |
| Defendant. | § | |

## CONSENT JUDGMENT

In accordance with the Stipulation For Entry of Consent Judgment stipulated to and agreed upon by the United States of America and Crash Rescue Equipment Service, Inc., and Federal Rule of Civil Procedure 58,

IT IS ORDERED, ADJUDGED AND DECREED that the United States of America has judgment against defendant Crash Rescue Equipment Service, Inc., for the sum of $750,000.00 and interest thereon from the date of this judgment at the rate of 2% per annum, compounded annually until paid, for all of which United States of America may have its execution.

SIGNED this 2nd day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

USA v. Crash Rescue Equipment Service, Inc. - Page 1

AGREED TO AS TO FORM AND CONTENT:


SARAH R. SALDAÑA
United States Attorney

*/s/ J. Scott Hogan*

J. Scott Hogan
Assistant United States Attorney
Texas State Bar No. 24032425
1100 Commerce St., Suite 3000
Dallas, TX 75242
Telephone: 214.659.8640
scott.hogan@usdoj.gov

Counsel for the United States of America


*/s/ James King*

James King
Porter Wright Morris & Arthur LLP
41 S High St Suites 2800-3200
Columbus, OH 43215
Telephone: 614.227.2051
jking@porterwright.com

Counsel for Crash Rescue Equipment Service, Inc.